IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

UNITED STATES FOR THE USE AND
BENEFIT OF THE BREWER-GARRETT COMPANY,

Plaintiff,

v.

ENDURANCE ASSURANCE CORPORATION,

Defendant.
_____/

**PLAINTIFF'S COMPLAINT**

Plaintiff, United States of America For The Use And Benefit of The Brewer-Garrett Company ("Plaintiff"), sues the Defendant and states:

1. Plaintiff is an Ohio corporation, with its headquarters also in Ohio, and conducts business in Hillsborough County, Florida.

2. Defendant is a Delaware corporation, with its headquarters in Purchase, New York, and conducts business in Hillsborough County, Florida.

3. Jurisdiction in this Court is conferred by 40 U.S.C. §§ 3131 and 3133, commonly known as the "Miller Act" and 28 U.S.C. § 1331.

4. The United States of America entered into a written contract with Venergy Group, LLC ("Prime Contractor"), Contract No. 36C24818D0112, Project # 673-18-608, titled Renovate Research Building #2, to design and construct improvements to property owned by the United States of America.

5. Pursuant to Contract No. 36C24818D0112, the United States of America, via the Department of Veterans Affairs, issued a Notice to Proceed to Prime Contractor (the "Contract") for the design and construction of renovations to Building #2 at the James A. Haley Veterans Affairs Medical Center located in Tampa, Hillsborough County, Florida (the "VA Project").

6. The Contract for the VA Project was performed and executed in Hillsborough County, in the Middle District of Florida.

7. On October 22, 2019, pursuant to 40 U.S.C. § 3131, Defendant, Endurance Assurance Corporation ("Surety") duly executed a government form of payment bond to the United States of America to ensure prompt payment to all persons supplying labor and material, including directed modifications thereto, in the prosecution of work at the VA Project. A copy of the bond is attached as <u>Exhibit A</u>.

8. The bond was accepted by the United States of America, and upon such acceptance, work was undertaken by Plaintiff under agreement with the Prime Contractor and pursuant to the Contract.

9. All of the labor and services were performed and materials furnished within the United States District Court in the Middle District of Florida.

10. The work performed by Plaintiff would be subject to inspection in Hillsborough County and the witnesses performing said work are located there.

11. Plaintiff has fully performed all labor, material and services as required by the Prime Contract and its agreement with the Prime Contractor and Plaintiff's work has been fully incorporated into the improvements.

12. Upon information and belief, the Prime Contractor has been paid in full for Plaintiff's work.

13. Prime Contractor has failed and refused to pay Plaintiff the sum of $1,473,974.00, which is due and owing to Plaintiff.

14. One year has not elapsed since October 5, 2021, the day on which the last of labor and services were performed for the VA Project, and Prime Contractor certified to the Department of Veterans Affairs through its Applications for Payment that all of the work performed by Plaintiff has been completed in accordance with the Contract Documents.

15. No part of the sum of $1,473,974.00 owed has been paid to Plaintiff and Plaintiff is entitled to payment pursuant to the Miller Act and the bond.

16. Plaintiff is entitled to interest at the rate specified in 41 U.S.C. § 7109 as fixed by the United States Secretary of Treasury.

17. All conditions precedent to Plaintiff bringing this action have occurred or are waived.

18. More than 90-days have passed from Plaintiff's last provision of labor, services or materials to the Project and Plaintiff has not received payment.

WHEREFORE, Plaintiff prays for judgment for damages against Surety plus interest and legal costs.

DEMAND FOR JURY TRIAL

Plaintiff requests trial by jury.

Dated: February 18, 2022

/s/ Carly Newman
Rosemary Hanna Hayes
Florida Bar No. 549509
Carly Marie Newman
Florida Bar No. 99419

        HAYES & NEWMAN, PL
        rhayes@const-law.com
        cnewman@const-law.com
        cstone@const-law.com
        830 Lucerne Terrace
        Orlando, FL 32801
        Voice: 407.649.9974
        Fax: 407.649.9379
        **ATTORNEYS FOR PLAINTIFF**